UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 02CR0943-BTM |
| Plaintiff, | ) ) ) | ORDER FOR PROBATION TO RELEASE DOCUMENTS TO DEFENSE COUNSEL |
| v. | ) ) | |
| ALEX ESQUIBEL, | ) ) | |
| Defendant. | ) ) | |

**THE COURT HEREBY ORDERS** that probation release all documents that it will rely on to prove the allegations in the August 27, 2009 petition for the above case.

**IT IS SO ORDERED.**

DATED: October 1, 2009

Honorable Barry Ted Moskowitz
United States District Judge